(No. 870—Claimant awarded $832.25 with interest.)

EMANUEL BUXBAUM, HENRY KUH AND MYRA C. ELLENBOGEN, TRUS-
TEES UNDER THE LAST WILL AND TESTAMENT OF ABRAHAM
KUH, Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 16, 1925.*

INHERITANCE TAX—*when claimant entitled to refund. Sec. 25.* Where an
order of court has been made, in a proper proceeding, re-assessing the tax
under Sec. 25, Inheritance Tax Law, upon the happening of certain contin-
gencies provided for in the will, claimant is entitled to a refund of the
difference between the amount of the tax originally assessed and the amount
found due under the order of the court re-assessing the tax.

MERWIN M. HART, for claimant.

OSCAR E. CARLSTROM, Attorney General; S. S. DUHAMEL,
Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

Emanuel Buxbaum, Henry Kuh and Myra C. Ellenbogen,
trustees under the last will and testament of Abraham Kuh,
deceased, bring this action for refund of inheritance taxes
paid on account of the operation of Section 25 of the inheri-
tance tax laws of Illinois.

It appears from the declaration and the statement and
consent of the Attorney General that in this estate there was
paid to the State of Illinois, on account of the property, sub-
ject to the operation of said Section 25 of the inheritance tax
laws of Illinois, a net tax of $9886.67, whereas, under an order
re-assessing said property after the happening of the contin-
gencies provided for by said will, it was found that the net
tax should be $9054.42, thereby leaving, as found by order of
the court, the sum of $832.25 to which claimants are entitled
to have refunded, with 3% interest per annum from the 16th
day of April, 1917. The Attorney General consents to an
allowance of the amount claimed, which is proven by the evi-
dence in the case.

The court accordingly awards the claimant the said sum of
$832.25 with interest.